IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CELESTINE EICHLER                                                                    PLAINTIFF

Vs.                                    No. 22-5152 TLB

THE TJX COMPANIES, INC. d/b/a
T. J. MAXX                                                                            DEFENDANT

## NOTICE OF REMOVAL

COMES Defendant, The TJX Companies, Inc. d/b/a T. J. Maxx, by and through its attorneys, Barber Law Firm PLLC, pursuant to 28 U.S.C. §§ 1441 and 1446, and for its Notice of Removal of this action from the Circuit Court of Washington County, Arkansas, to United States District Court for the Western District of Arkansas, Fayetteville Division, states:

1. This action was commenced on July 11, 2022, when Plaintiff filed her Complaint in the Circuit Court of Washington County, Arkansas. It falls within the meaning of the Acts of Congress relating to the removal of cases.

2. This action is pending in Washington County Circuit Court, Case No. 72CV-22-1611, captioned *Celestine Eichler v. The TJX Companies, Inc. d/b/a T. J. Maxx.*

3. Plaintiff purportedly served Defendant with Summons and Complaint on or about July 12, 2022.

4. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b) having been filed within thirty (30) days of Defendant's receipt of Summons and Complaint.

5. Plaintiff is a resident of Washington County, Arkansas, and is therefore a citizen and resident of the state of Arkansas.

6. Defendant is a resident of Delaware with its principal place of business in

Massachusetts.

7. There is complete diversity of citizenship between Plaintiff and Defendant.

8. The amount in controversy exceeds $75,000 exclusive of interest and costs.

9. This Court has original jurisdiction over this action under 28 U.S.C. § 1332.

10. This Court is the appropriate Court for removal of this action under 28 U.S.C. § 1446(a).

11. Copies of all pleadings filed and served to date in the Circuit Court of Washington County, Arkansas, are attached to this Notice of Removal as Exhibit "1".

12. A copy of this Notice of Removal will be filed forthwith in the Circuit Court of Washington County, Arkansas, is attached hereto as Exhibit "2".

13. All procedural requisites to removal have been met. Accordingly, removal to this Court under 28 U.S.C. § 1441 is proper and effective hereby.

Therefore, Defendant, The TJX Companies, Inc. d/b/a T. J. Maxx gives notice of removal of this action to this Court and respectfully requests this Court grant it all just and proper relief.

Respectfully submitted,

BARBER LAW FIRM PLLC
425 W. Capitol Avenue, Suite 3400
Little Rock, AR 72201
501-372-6175
888-412-3288 = fax

By: /s/ Carter Fairley
J. Carter Fairley #99068
ATTORNEY FOR DEFENDANT
cfairley@barberlawfirm.com

## CERTIFICATE OF SERVICE

On this 25th day of July, 2022, I certify that a true and correct copy of the foregoing pleading was sent by electronic mail and via U.S. Mail, postage prepaid, to:

Jake M. Logan
Rainwater, Holt & Sexton, P.A.
P. O. Box 17250
Little Rock, AR 72222
jlogan@rainfirm.com

_____
J. Carter Fairley