IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CELESTINE EICHLER                                                                        PLAINTIFF

   Vs.                                   No. _____

THE TJX COMPANIES, INC. d/b/a
T. J. MAXX                                                                               DEFENDANT

# EXHIBIT 1

## TO

## NOTICE OF REMOVAL

# IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS
## 4TH CIRCUIT DIVISION 1

CELESTINE EICHLER V THE TJX COMPANIES

72CV-22-1611

**SUMMONS**

**THE STATE OF ARKANSAS TO DEFENDANT:**

CT Corporation System
124 West Capitol Avenue, Suite 1900
Little Rock, AR  72201

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas - you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jake Logan
P.O. Box 17250
Little Rock, AR  72222

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional notices:

Address of Clerks Office

KYLE SYLVESTER, CIRCUIT CLERK
CIRCUIT COURT OF WASHINGTON COUNTY
280 NO. COLLEGE, #302
FAYETTEVILLE, AR  72701

CLERK OF COURT

*Tyra Marsh*

DEPUTY CLERK TYRA A MARSH, DC

Date: 07/11/2022

No. 72CV-22-1611 This summons is for CT Corporation System (name of Defendant).

PROOF OF SERVICE

❏ On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or

❏ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

❏ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

❏ On _____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

❏ On _____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____ [name and job description]; or

❏ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

❏ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

❏ Other [specify]: _____
_____

❏ I was unable to execute service because: _____
_____
_____

My fee is $ \_\_\_\_.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____  SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____  By: _____
[Signature of server]

_____
[Printed name]

Address: _____
_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:
_____
_____

ELECTRONICALLY FILED
Washington County Circuit Court
Kyle Sylvester, Circuit Clerk
2022-Jul-11 13:59:52
72CV-22-1611
C04D01 : 6 Pages

# IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS
## _____ DIVISION

**CELESTINE EICHLER**                                                                                         **PLAINTIFF**

NO. _____

**VS.**

**DEFENDANT**

**THE TJX COMPANIES, INC., d/b/a**
**T.J. MAXX**

## COMPLAINT

COMES NOW the Plaintiff, Celestine Eichler, by and through her attorneys, RAINWATER, HOLT & SEXTON, P.A., and for her Complaint against the Defendant, states and alleges the following:

### I. RESIDENCY & PARTIES

1. Plaintiff Celestine Eichler was at all times relevant a citizen and resident of Fayetteville, Washington County, Arkansas.

2. Defendant, The TJX Companies, d/b/a T.J. Maxx is a Foreign for Profit Corporation licensed to do business in the State of Arkansas. Defendant's registered agent for service of process is C T Corporation System, 124 West Capitol Avenue, Suite 1900, Little Rock, Arkansas 72201.

3. Defendant The TJX Companies, d/b/a T.J. Maxx (hereinafter "T.J. Maxx") owns, operates and does business as a T.J. Maxx retail store located at 406 E. Joyce Boulevard, Fayetteville, Washington County, Arkansas 72703.

1

4. The events that form the basis of Plaintiff's Complaint occurred in Fayetteville, Washington County, Arkansas.

## II. JURISDICTION & VENUE

5. This Court has jurisdiction pursuant to Ark. Code Ann. § 16-13-201(a), which provides that circuit courts shall have original jurisdiction of all actions and proceedings for the redress of civil grievances except where exclusive jurisdiction is given to other courts.

6. Venue is proper pursuant to Ark. Code Ann. § 16-60-101, which provides that all actions for damages for personal injury may be brought in the county where the incident occurred which caused the injury or in the county where the person injured resided at the time of the injury.

## III. BASIC PREMISE

7. This is a premise liability negligence action for personal injuries sustained upon Defendant's premises as described above which occurred on January 8, 2021 in Fayetteville, Washington County, Arkansas.

## IV. FACTS

8. On or about January 8, 2021, Plaintiff entered the T.J. Maxx Store located at 406 E. Joyce Boulevard, Fayetteville, Washington County, Arkansas 72703 to shop for household items she needed.

9. Defendant maintained and operated the store as a public business open to the general public, and the general public was invited to patronize said business.

10. While on the Defendant's premises, Plaintiff was at all relevant times a business invitee of the Defendants.

11. While walking through the store, Plaintiff stepped on a flat, chrome, receptacle outlet cover plate, the "outlet cover".

12. The outlet cover is a flat cover that has one screw in the middle of cover to secure it to the floor.

13. If the outlet cover is secured to the floor, it should not move or slide when it is stepped on.

14. As Plaintiff stepped on the outlet cover, the cover slid out from underneath her foot causing her to fall.

15. Included below is a picture of the outlet cover at its resting place and the receptacle that it was covering after it moved when the Plaintiff stepped on the cover.



16. Defendant did not properly secure the outlet cover to the floor so it was safe to be stepped on by Plaintiff or other customers.

17. Defendant did not give any warning to Plaintiff either verbally or through signs that the outlet cover was unsafe to step on.

18. As a result of her fall, Plaintiff sustained personal injuries and damages including, but not limited to, a shoulder injury requiring shoulder replacement surgery.

## V. CAUSE OF ACTION NO. 1 - NEGLIGENCE OF DEFENDANT

19. All of the allegations previously pleaded herein are re-alleged as though stated word-for-word.

20. Defendant maintained the premises through its employees and/or agents. Defendant through its employees and/or agents acting in the course and scope of their employment/agency, owed Plaintiff a duty to use reasonable and ordinary care to maintain the premises in a reasonably safe condition.

21. Defendant and its employees and/or agents, acting in the course and scope of their employment/agency, were negligent in that they failed to use ordinary and reasonable care to maintain the premises in a reasonably safe condition.

22. Defendant's employees, while acting in the course and scope of their employment, were negligent in that they failed to properly secure the outlet cover to the floor so it could be safely stepped on.

23. Defendant's employees, while acting in the course and scope of their employment, were negligent in that they also failed to warn Plaintiff that the outlet cover was unsecured and was dangerous if stepped on.

## VI. CAUSE OF ACTION NO. 2 - RESPONDEAT SUPERIOR

24. All of the allegations previously pleaded herein are re-alleged as though stated word-for-word.

25. Defendant's employees'/agents' negligent acts and omissions are imputed to the Defendant, their employer/principal under the legal doctrine of *respondeat superior*, joint enterprise, and/or the principles of agency as adopted in the State of Arkansas.

## VII. PROXIMATE CAUSATION

26. The injuries to Plaintiff and the damages suffered by her are directly and proximately caused by the negligence of the Defendant.

## VIII. INJURIES AND COMPENSATORY DAMAGES

27. Plaintiff sustained personal injuries and damages as a result of the fall.

28. Plaintiff is entitled to the following damages:

   (a) the nature, extent, duration, and permanency of her injuries;

   (b) the full extent of the injuries she sustained;

   (c) the expense of her medical care, treatment and services received, including transportation, board and lodging expenses and those expenses that are reasonably certain to be required in the future;

   (d) any pain, suffering and mental anguish experienced in the past and reasonably certain to be experienced in the future; and

   (e) any visible results of her injuries.

29. The injuries and damages described herein have been suffered in the past and will be continuing in the future.

## IX. DEMAND FOR JURY TRIAL

30. Plaintiff hereby demands a trial by jury.

## X. DEMAND & PRAYER

31. The Plaintiff demands judgment against the Defendant for a sum in excess of that required for federal court jurisdiction in diversity of citizenship cases and sufficient to fully compensate her for her damages.

32. The Plaintiff demands judgment against the Defendant for pre-judgment interest and post judgment interest at the maximum rate allowed by law; for reasonable expenses; costs; and for all other proper relief to which she may be entitled.

Respectfully Submitted,
Attorneys for Plaintiff

By: *[signature: Jake M. Logan]*

Jake M. Logan (Ark. Bar No. 2016133)
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
Little Rock, AR 72222
Telephone:   (501) 868-2500
Telefax:        (501) 868-2508

```
ELECTRONICALLY FILED
Washington County Circuit Court
Kyle Sylvester, Circuit Clerk
2022-Jul-20  08:33:28
72CV-22-1611
C04D01 : 3 Pages
```

### IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS
### 4TH CIRCUIT DIVISION 1

<u>CELESTINE EICHLER V THE TJX COMPANIES</u>

72CV-22-1611

**SUMMONS**

**THE STATE OF ARKANSAS TO DEFENDANT:**

CT Corporation System
124 West Capitol Avenue, Suite 1900
Little Rock, AR  72201

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas - you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jake Logan
P.O. Box 17250
Little Rock, AR  72222

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional notices:

CLERK OF COURT

Address of Clerks Office

KYLE SYLVESTER, CIRCUIT CLERK
CIRCUIT COURT OF WASHINGTON COUNTY
280 NO. COLLEGE, #302
FAYETTEVILLE, AR  72701

*Tyra Marsh* (signature)

DEPUTY CLERK TYRA A MARSH, DC

Date: 07/11/2022

No. 72CV-22-1611 This summons is for CT Corporation System (name of Defendant).

PROOF OF SERVICE

❏ On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or

❏ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

❏ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

☒ On 7/12/2022 [date] I delivered the summons and complaint to CT Corporation System [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of TJX Companies, Inc [name of defendant]; or

❏ On _____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____ [name and job description]; or

❏ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

❏ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☒ Other [specify]: Cover letter delivered

❏ I was unable to execute service because:
_____
_____

My fee is $ ____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____        SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: 7/19/2022        By: _____
[Signature of server]

_____T- Mitchely_____
[Printed name]

Address: P.o. Box 14040/ LR, AR 72219

Phone: _____

Subscribed and sworn to before me this date: 7/19/22

_____Amy C. Freelin_____
Notary Public

My commission expires: 5/9/2023

[Notary seal: AMY CARTWRIGHT WALKER, COMM. EXP. 5-9-2023, No. 12394097, FAULKNER COUNTY, ARKANSAS]

Additional information regarding service or attempted service:
_____
_____

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CELESTINE EICHLER                                                                 PLAINTIFF

   Vs.                           No. _____

THE TJX COMPANIES, INC. d/b/a
T. J. MAXX                                                                        DEFENDANT

## EXHIBIT 2

## TO

## NOTICE OF REMOVAL

IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS

CELESTINE EICHLER                                                             PLAINTIFF

Vs.                                No. 72CV-22-1611

THE TJX COMPANIES, INC. d/b/a
T. J. MAXX                                                              DEFENDANT

## NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT

Pursuant to 28 U.S.C. § 1446(d), Defendant hereby notifies the Plaintiff and this Court that this action has been removed to the United States District Court for the Western District of Arkansas, Fayetteville Division. A copy of the Notice of Removal filed with that Court is attached as Exhibit "1."

Respectfully submitted,

BARBER LAW FIRM PLLC
425 W. Capitol Avenue, Suite 3400
Little Rock, AR 72201
501-372-6175
888-412-3288 = fax

By: /s/ *J. Carter Fairley*
J. Carter Fairley #99068
ATTORNEY FOR DEFENDANT
cfairley@barberlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of July, 2022, I electronically filed the foregoing with the Clerk of Court by using the electronic filing system which shall send notification of such filing to the following:

Jake M. Logan
Rainwater, Holt & Sexton, P.A.
P. O. Box 17250
Little Rock, AR 72222
jlogan@rainfirm.com

/s/ *J. Carter Fairley*
J. Carter Fairley